UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __22-MJ-02250-Torres__

UNITED STATES OF AMERICA

vs.

JOSE ANTONIO RODRIGUEZ,
JORMAN JOSE GOITIA, and
DARIBEL SANCHEZ,

      **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?  ___ Yes  _X_ No

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By: *Michele Vigilance*
    Michele S. Vigilance
    Assistant United States Attorney
    Court ID No.: A5502091
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 432-1406
    michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOSE ANTONIO RODRIGUEZ,<br>JORMAN JOSE GOITIA, and<br>DARIBEL SANCHEZ,<br><br>*Defendant(s)* | Case No. 22-MJ-02250-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __February 8, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*   ID #0692

USCGIS Javiel Gonzalez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Date: Feb. 10, 2022

*Judge's signature*

City and state: Miami, Florida       Hon. Edwin G. Torres, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1.  I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of ten years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2.  The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Jose Antonio RODRIGUEZ**, **Jorman Jose GOITIA**, and **Daribel SANCHEZ** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70506(b).

3.  On or about February 8, 2022, a Dutch Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 169 nautical miles southeast of Isla Beata, Dominican

Republic, in international waters, displaying no indicia of nationality, and upon the high seas. United States Coast Guard Cutter (USCGC) CONFIDENCE was patrolling near the area and diverted to investigate. Once in the vicinity, CONFIDENCE launched the Over the Horizon boats (OTH) with embarked USCG boarding team. At this time, the boarding team observed the GFV jettisoning packages prior to arriving on position and gaining positive control of the GFV. One OTH recovered the jettisoned packages while the second OTH gained positive control of the vessel without use of force.

4. The USCG boarding team reported three (3) persons on board who were later identified as **Jose Antonio RODRIGUEZ**, **Jorman Jose GOITIA**, and **Daribel SANCHEZ**. No one claimed to be the master of the vessel, but all three (3) crew members made a claim of Colombian nationality for the GFV. The government of Colombia was contacted and stated that they could neither confirm nor deny registration of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

5. The USCG boarding team recovered a total of 15 bales, seven from the jettison field, and eight from the GFV, with a total sea weight of approximately 430 kilograms of suspected cocaine. Four (4) field tests were conducted on the contraband which yielded positive results for cocaine. All three (3) individuals, along with the suspected cocaine, were transferred to the CONFIDENCE.

6.  Based on the foregoing facts, I submit that probable cause exists to believe that **Jose Antonio RODRIGUEZ, Jorman Jose GOITIA**, and **Daribel SANCHEZ**, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this 16 day of February 2022.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE

3